**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONICA LIRA,

    Plaintiff,

v.

CITY OF HAYWARD, et al.

    Defendant.

No. C 06-00912 TEH

**ORDER OF REFERENCE**

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: 05/12/06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE