UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA LIRA,                )
                            )
         Plaintiff(s),      )    No. C06-0912 TEH (BZ)
                            )
     v.                     )    **INITIAL DISCOVERY ORDER**
                            )
CITY OF HAYWARD, et al.,    )
                            )
         Defendant(s).      )
                            )
_____ )

   All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

   In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

   In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1 | The party seeking discovery shall request a conference in a
2 | letter served on all parties not exceeding two pages (with no
3 | attachments) which briefly explains the nature of the action
4 | and the issues in dispute.  Other parties may reply in similar
5 | fashion within two days of receiving the letter requesting the
6 | conference.  The Court will contact the parties to schedule
7 | the conference.

8 |     After the conference with the Court, if filing papers is
9 | deemed necessary, they should be filed **electronically** with the
10 | Clerk's Office, with **one hard copy delivered directly to**
11 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12 | chambers copy of all briefs shall be submitted on a diskette
13 | formatted in WordPerfect 6, 8, 9 or 10 or may be e-mailed to
14 | the following address: bzpo@cand.uscourts.gov
15 | Dated: June 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LIRA\INITIAL.DISC.ORDER.wpd