```
 1  MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
 2  RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
 3  CITY OF HAYWARD
    777 "B" Street
 4  Hayward, California 94541
    Telephone: (510) 583-4450
 5  Facsimile: (510) 583-3660

 6  Attorneys for Defendants City of Hayward,
    and Mazu Byrd
 7
```

RECEIVED JUN 29 2006 CITY ATTORNEY'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LIRA, <br><br> Plaintiff, <br><br> -vs- <br><br> CITY OF HAYWARD, et al., <br><br> Defendants. | Case No:. C 06 0912 (TEH) <br><br> STIPULATION FOR PROTECTION OF DOCUMENTS AND PROPOSED PROTECTIVE ORDER |

It is hereby stipulated between the parties that the following documents:

Records relating to Plaintiff Monica Lira in the possession of the Hayward Police Department ("HPD") including but not limited to Youth and Family Services Bureau ("YFSB") records, medical records, psychological records, counseling records, history, reports, notes or databases, and her medical and/or psychological records in the possession of third parties, shall be subject to the protective order set forth below.

1. Immediately upon production by the HPD or third party, attorneys for Plaintiff and Defendants shall personally secure and maintain the Protected Documents in their possession.

2. The Protected Documents are to be used only for the purposes set forth below and for no other purpose, absent further Order of this Court.

3. The Protected Documents shall only be used for preparing for and prosecuting this

06-27-'06 17:24 FROM-City Attorney Office 5105833660 T-286 P003/004 F-706

3 the contents of the Protected Documents to co-counsel, paralegals, law clerks, investigators, the
4 Plaintiff, Defendants, relevant third party witnesses, or experts actively assisting parties'
5 attorneys in the investigation of this case. Any notes taken by any person reflecting the contents
6 of the Protected Documents, or extracts of the contents, are protected under this Order, and shall
7 be treated in the manner set forth in the paragraph 5 below.

8     5. After completion of the judicial process in this case, attorneys for the parties shall
9 return all of the Protected Documents originating from HPD, including notes and extracts, to the
10 Custodian of Records of the Hayward Police Department at 300 W. Winton Avenue, Hayward,
11 California, 94544, shall return all of the Protected Documents originating from other third parties
12 to the applicable third party, or in the alternative destroy all Protected Documents.

13     6. Attorneys for the parties shall cause the substance of this Order to be communicated to
14 each person to whom the Protected Documents are revealed in accordance with this Order.

15     7. Attorneys for the parties shall not cause or knowingly permit disclosure of the contents
16 of the Protected Documents beyond the disclosure permitted under the terms and conditions of
17 this Order.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
25 ///
26 ///
27

Lira v. City of Hayward, et al
Case No. C-06-0912 (TEH)

STIPULATION FOR
PROTECTION OF DOCUMENTS
AND PROPOSED PROTECTIVE ORDER

2

8. No document covered by this Order may be used for any purpose not set forth herein, or revealed to any person not described herein, absent further Order of this Court.

DATED: June 21, 2006        MICHAEL J. O'TOOLE, City Attorney

By: _____
RANDOLPH S. HOM,
Attorneys for Defendants


LAW OFFICES OF MORRISON & FOERSTER

DATED: June 28, 2006

_____
NYOKI SACRAMENTO,
Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 30, 2006
_____
MAGISTRATE JUDGE BERN...

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Lira v. City of Hayward, et al
Case No. C-06-0912 (TEH)

STIPULATION FOR PROTECTION OF DOCUMENTS AND PROPOSED PROTECTIVE ORDER

3