MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile:  (510) 583-3660

Attorneys for Defendant City of Hayward,
also erroneously sued herein as Hayward Police Department,
and Mazu Byrd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LIRA, | Case No:. C 06 0912 (TEH) |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE |
| -vs- | |
| CITY OF HAYWARD, HAYWARD POLICE DEPARTMENT, MAZU BYRD, et al. | The Honorable Thelton E. Henderson |
| Defendants. | |

It is hereby stipulated between the parties that Plaintiff and Defendants have resolved this matter via the alternative dispute resolution process and are in the process of memorializing the resolution in writing. The parties anticipate that a Stipulation and Order for Dismissal of Plaintiff's Action will be filed with the Court within the next forty-five days. Accordingly, the parties respectfully request that the Court issue an Order vacating the Further Case Management

///

///

Lira v. City of Hayward, et al.
Case No. C-06-0912 (TEH)

Stipulation and Proposed Order Vacating Further Case Management Conference

1

1  Conference scheduled for September 11, 2006.

4  DATED: September 8, 2006                    MORRISON & FOERSTER

6                                       By:    _____/s/_____
                                               ARTURO J. GONZALEZ
                                               KIMBERLY A. ECKHART
7                                              NYOKI T. SACRAMENTO,
                                               Attorneys for Plaintiff

9  DATED: September 8, 2006                    MICHAEL J. O'TOOLE, City Attorney

11                                      By:    _____/s/_____
                                               RANDOLPH S. HOM,
                                               Assistant City Attorney
12                                             Attorneys for Defendants

14  IT IS SO ORDERED.

16  DATED: September 11, 2006

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, with stamp "IT IS SO ORDERED" and signature of Judge Thelton E. Henderson]*

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 "B" Street, Hayward, CA 94541.

On May __, 2006, I served the document(s) described as:

**Joint Case Management Conference Statement**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope:

Nyoki Sacramento, Esq.
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

[X]   **(BY MAIL)** I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Hayward, California.

[ ]   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressee(s) at the locations noted above.

[ ]   **(BY FACSIMILE TRANSMISSION)** I caused a true copy thereof to be transmitted by facsimile machine, which transmission was reported and complete and without error.

[ ]   **(BY FEDERAL EXPRESS)** I caused such envelope to be placed with Federal Express for overnight delivery of same.

[ ]   **(STATE)** Under the laws of the State of California.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this

---

Lira v. City of Hayward, et al.
Case No. C-06-0912 (TEH)

3

Stipulation and Proposed Order Vacating Further Case Management Conference

1       Court at whose direction the service was made.

2       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

3       Executed on May __, 2006 at Hayward, California.

                                                     _____
                                                            Michelle Power