1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   KIMBERLY A. ECKHART (CA SBN 189377)
2  NYOKI T. SACRAMENTO (CA SBN 239046)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiff
   MONICA LIRA
7
   MICHAEL J. O'TOOLE (SBN 97779)
8  City Attorney
   RANDOLPH S. HOM (SBN 152833)
9  Deputy City Attorney
   CITY OF HAYWARD
10 777 "B" Street, 4th Floor
   Hayward, California 94541
11 Tel: (510) 583-4450
   Fax: (510) 583-3660
12
   Attorneys for Defendants CITY OF HAYWARD,
13 and MAZU BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA LIRA,<br><br>          Plaintiff,<br><br>    v.<br><br>THE CITY OF HAYWARD, THE HAYWARD POLICE DEPARTMENT, MAZU BYRD, and DOES 4 through 20,<br><br>          Defendants. | Case No.   C-06-0912-TEH<br><br>**JOINT STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT AND [~~PROPOSED~~] ORDER** |

The parties to this action, by their undersigned counsel of record and pursuant to an executed written settlement agreement, hereby jointly stipulate as follows:

1. Monica Lira hereby voluntarily dismisses her complaint, with prejudice.
2. Each of the parties shall bear their own costs and attorneys fees.

Date: November 9, 2006

ARTURO J. GONZÁLEZ
KIMBERLY A. ECKHART
NYOKI T. SACRAMENTO
MORRISON & FOERSTER LLP

By:   /s/ Arturo J. González
         Arturo J. González

Attorneys for Plaintiff
MONICA LIRA

Date: November 9, 2006

MICHAEL J. O'TOOLE, CITY ATTORNEY
RANDOLPH S. HOM, ASSISTANT CITY ATTORNEY
CITY OF HAYWARD

By:   /s/ Randolph S. Hom
         Randolph S. Hom

Attorneys for Defendants
CITY OF HAYWARD, et al.

**GENERAL ORDER 45 ATTESTATION**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Joint Stipulation For Dismissal Of Complaint With Prejudice, Pursuant To Settlement Agreement.  In compliance with General Order 45, X.B., I hereby attest that Randolph S. Hom has concurred in this filing.

/s/ Arturo J. González
Arturo J. González

JOINT STIP. RE DISMISSAL OF COMPL., WITH PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT
CASE NO. C-06-0912-TEH
sf-2210497

1

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED. |

Dated: November 13, 2006

_____
Honorable Thelton E. Henderson



JOINT STIP. RE DISMISSAL OF COMPL., WITH PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT
CASE NO. C-06-0912-TEH
sf-2210497

1